with ten dollars costs, and stay vacated. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ARTHUR H. LAMBORN and Others, Appellants, v. JACOB COHEN, Respondent.— Motion granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DAVID SIMONS, Respondent, v. GEORGE L. BERRY, as President, etc., Appellant. — Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK (East 225th St. and White Plains Road).— Motion granted. Settle order on notice. Guardian ad litem to be appointed for infant petitioner. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DOMENICA DHEMBI (Formerly DOMENICA CARAMETA), as Administratrix, etc., Appellant, v. LEON BLEECKER, Respondent, Impleaded, etc.— Motion granted. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of ANNIE M. McMAHON, etc. (Fish Avenue, etc.).— Reference ordered to take proof herein of the rights of the parties. Settle order on notice. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of ANTONIO FERRARO (Fish Avenue, etc.).— Reference ordered to take proof of title and possession. Settle order on notice. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MARTHA S. MEDARIS, Appellant, v. DANIEL J. DOWLING, Respondent.— Motion denied. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ADAM NIMPHIUS and Another, v. ADOLPH DAVIS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

TUTTLE GENSTIL SHOE COMPANY, a Corporation, Respondent, v. S. STEIN & Co., INC., Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MOSCOW MACHINE. TOOL AND ENGINE COMPANY, Respondent, v. OSCAR L. RICHARD and Others, Appellants.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HENRY BOEHM and Others, Respondents, v. HERMAN M. ZODIKOW, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

In the Matter of RANDOLPH M. NEWMAN, an Attorney.— Motion denied. Settle order on notice. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JOHN SPARACIN, an Infant, by JOSEPH SPARACIN, His Guardian ad Litem, Respondent, v. WILLIAM C. KROHN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

FRANCES WEIL, Respondent, v. DORT MOTOR CAR COMPANY, Appellant, impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THOMAS M. MEEHAN, as Administrator, etc., of JOHN MEEHAN, Deceased, Respondent, v. PARK & TILFORD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LASH REALTY CO., INC., Appellant, v. WILLIAM E. WALSH and Others, as Members of the Board of Appeals

of the City of New York, Respondents, Impleaded with CHARLES BRADY, as Superintendent of Buildings, etc., Defendant, and DEAN-MURRAY GARAGE CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JEFFERSON OLNEY, an Infant, by ETHEL OLNEY, His Guardian ad Litem, Respondent, v. R. H. MACY & CO., INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the findings of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence is against the weight of the evidence. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; McAvoy and Burr, JJ., dissenting.

LILLIE DAIRY CO., INC., Respondent, v. CHARLES E. DEPPELER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ELIZABETH HARTFIELD, Respondent, v. VINCENT CAFARO, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that reversible error was committed in receiving in evidence proof of defendant's guilt of the charge of disorderly conduct at the time when the evidence was offered, and furthermore, upon the ground that reversible error was committed in receiving testimony as to the nature of the complaint made by the plaintiff herein against the defendant in the Magistrate's Court and as to what occurred in said court on the trial of the complaint. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; Merrell and Burr, JJ., dissent, on the ground that any error committed in the reception of testimony was cured by the defendant finally taking the stand. (*People ex rel. Stewart* v. *Paschal*, 68 Hun, 344.)

CHARLES H. TUTTLE, Respondent, v. HOME INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.; Dowling and Merrell, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. CURTIS, Appellant.— Judgment affirmed. (See *People* v. *Farini*, 239 N. Y. 411, 416.) Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MERLO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

MARGARET MAYO, Appellant, v. THOMAS HEALY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SYLVANUS W. LONG and Others, Appellants, v. ALBERT W. PORTER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

NATIONAL SURETY COMPANY, Respondent, v. BENJAMIN A. RUFFIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

JOSEPH E. LORD and Another, Appellants, v. ELEANOR WILLIAMS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DUNCAN, FOX & CO., INC., Respondent, v. DAN WUILLE & CO., INC., Appellant.—